**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:03-CR-00200-GCM-CH-2**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **JOLLIETT KELLY JR.,** | |
| **Defendant.** | |

**THIS MATTER COMES** before this Court on the Court's own motion. Defendant Jolliett Kelly filed two *pro se* motions to reduce his sentence under the First Step Act of 2018 [ECF Docs. 117 and 118]. Subsequently, he filed a Supplemental Memorandum in Support of First Step Act Motion [ECF Doc. 131]. The Court instructs the Government to respond to the Supplemental Memorandum within thirty (30) days of entry of this Order.

**SO ORDERED**.

Signed: October 30, 2020

Graham C. Mullen
United States District Judge