IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03cr200-GCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOLLIETT KELLY JR. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the *pro se* Motion for Early Termination of Probation/Supervised Release [Doc. No. 162] filed on June 20, 2023. Based on Mr. Kelly's success on supervised release, his probation officer has no objection. Accordingly,

**IT IS THEREFORE ORDERED** that Defendant's Motion is hereby **GRANTED.**

Signed: July 3, 2023

Graham C. Mullen
United States District Judge